# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY COSTNER,

Appellant,

vs.

WABA8992 TRUST,

Respondent.

No. 84202

FILED

MAR 1 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying motions in a matter arising in justice court. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court concludes that it lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

22-08204

cc: Hon. Tara D. Clark Newberry, District Judge
Gary Costner
WABA8992 Trust
Eighth District Court Clerk